**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

Writer's Direct Contact
202.887.1687
DNathan@mofo.com

July 11, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/13

VIA FACSIMILE
(202) 805-6382

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **U.S. Commodity Futures Trading Commission v. MF Global Inc. et al.,
      Civil Action No. 1:13-cv-04463-VM, United States District Court for the Southern
      District of New York**

Dear Judge Marrero:

I represent Defendant MF Global Holdings Ltd. in the above-captioned action, and I am writing to request that my client's time to answer or otherwise respond to the U.S. Commodity Futures Trading Commission's Complaint be extended from August 27, 2013 to September 10, 2013.

This is my client's first request for an extension of time.

I conferred today with Chad E. Silverman, counsel for Plaintiff U.S. Commodity Futures Trading Commission ("CFTC"), who consented to my client's request for this extension of time, and gave me permission to represent to this Court that Plaintiff consents to my client's request.

Respectfully submitted,

Daniel A. Nathan

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 9-10-13, as to defendant MF Global Holdings Ltd.
SO ORDERED.
7-12-13
DATE    VICTOR MARRERO, U.S.D.J.

**MORRISON | FOERSTER**

The Honorable Victor Marrero
July 11, 2013
Page 2

Cc: Steven I. Ringer (sringer@cftc.gov)
Chad E. Silverman (csilverman@cftc.gov)
K. Brent Tomer (ktomer@cftc.gov)
Douglas K. Yatter (dyatter@cftc.gov)
David W. Oakland (doakland@cftc.gov)
Sheila Marhamati (smarhamati@cftc.gov)
*Counsel for Plaintiff U.S. Commodity Futures Trading Commission*

James B. Kobak, Jr. (kobak@hugheshubbard.com)
Sarah L. Cave (cave@hugheshubbard.com)
Christopher K. Kiplok (kiplok@hugheshubbard.com)
*Counsel for James W. Giddens, Trustee for Defendant MF Global Inc.*

Benjamin E. Rosenberg (benjamin.rosenberg@dechert.com)
Andrew Levander (Andrew.levander@dechert.com)
*Counsel for Defendant Jon S. Corzine*

Christopher J. Barber (cbarber@steptoe.com)
Darren B. Kinkead (dkinkead@steptoe.com)
*Counsel for Defendant Edith O'Brien*