UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, | ) |
| Plaintiff, | ) |
| v. | ) 11 Civ. 7866 (VM)(JCF) |
| JON S. CORZINE et al., | ) **ECF CASE** |
| Defendants. | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *The Commodities Customer Class Action* | ) |

### JOINDER BY DEFENDANT DAVID DUNNE IN THE REQUEST BY THE PLAN ADMINISTRATOR, LITIGATION TRUSTEE, AND CUSTOMER REPRESENTATIVES FOR AN IMMEDIATE STAY OF ALL PROCEEDINGS IN THE MDL

Defendant David Dunne hereby joins in the motion request by MF Global Holdings Ltd., as Plan Administrator; Nader Tavakoli, as Trustee of the Litigation Trust; and co-lead counsel for the Customer Representatives for an immediate stay of all proceedings in the MDL, as set forth in paragraph 4 of the *Supplement to the Estate Movants' Motion* filed on November 30, 2015 [ECF No. 1032].

December 1, 2015

/s/ Laura Steinberg
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02019
617-338-2800
lsteinberg@sandw.com

*Counsel for defendant David Dunne*

{B1952946; 1}